UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:14-cr-00096-SEB-TAB |
| | ) | |
| FARIS B. KEENER (16), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Mark J. Dinsmore's Report and Recommendation that

Faris B. Keener's supervised release be revoked, pursuant to Title 18, U.S.C. §3401(i) and Rule

32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, The Court now

approves and adopts the Report and Recommendation as the entry of the Court, and the

Defendant is sentenced to the custody of the Attorney General or his designee for a period of six (6)

months with no supervised release to follow. The Defendant is to be taken into custody immediately.

**SO ORDERED.**

Date: 5/17/2017

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation and Parole

United States Marshal Service